# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS E. CAMPBELL, | Civil Action No: 2:08-cv-1610 |
| Plaintiff, | Honorable Judge Gary L. Lancaster |
| v. | Electronically Filed |
| POLARIS INDUSTRIES, INC., a Minnesota corporation; POLARIS INDUSTRIES, INC. a Delaware corporation, | |
| Defendants. | |

## STIPULATION AND ORDER FOR
## PRESERVATION OF PHYSICAL EVIDENCE

AND NOW, come the parties, by their respective counsel, and hereby stipulate and agree as follows:

1. This litigation stems from an all-terrain vehicle accident that allegedly occurred on August 3, 2007, in Armstrong County, Pennsylvania. The Complaint alleges that the incident occurred while Nicholas Campbell was operating an all-terrain vehicle manufactured and supplied by Polaris Industries, Inc.

2. The parties agree that it is important for all interested persons to have access to the physical evidence throughout these proceedings. Therefore, it is agreed that the all-terrain vehicle will be preserved in its present condition from this moment forward until the conclusion of this litigation.

3. Further, all parties shall have the right to non-destructively inspect, examine and photograph the ATV provided that reasonable notice of the inspection is provided to all other parties.

4. During any non-destructive examination or inspection of the ATV, all parties shall be entitled to have a representative present to oversee, monitor and observe the inspection.

5. No destructive testing or destructive analysis of the ATV shall be conducted unless and until consent of all parties has been obtained or an Order of Court has been entered permitting the destructive examination.

**STIPULATED AND AGREED TO BY:**

**Friday Porta Cox & Ward LLC**

By: _/s/ Peter D. Friday_
Peter D. Friday, Esq.
3220 West Liberty Avenue, Suite 200
Pittsburgh, PA 15216-2320
**Counsel for Plaintiff**

**Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP**

By: _/s/ Clem C. Trischler_
Clem C. Trischler, Esq.
One Oxford Centre, Suite 3800
Pittsburgh, PA 15219
**Counsel for Defendant**

IT IS SO ORDERED this 30TH day of DECEMBER, 2008.

_/s/_ J.