IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

NICHOLAS E. CAMPBELL,

    Plaintiff,

vs.

Case No. 2:08-cv-01610-GLL

POLARIS INDUSTRIES, INC., a Minnesota
Corporation; POLARIS INDUSTRIES, INC.,
a Delaware Corporation

    Defendants.

**ORDER**

AND NOW, this 27th day of April, 2009, upon consideration of the Motion to Intervene filed by the Commonwealth of Pennsylvania, Department of Public said motion is GRANTED.

By the Court:

_____