IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS E. CAMPBELL, | Civil Action No: 2:08-cv-1610 |
| Plaintiff, | Honorable Judge Gary L. Lancaster |
| v. | Electronically Filed |
| POLARIS INDUSTRIES, INC., a Minnesota corporation; POLARIS INDUSTRIES, INC. a Delaware corporation, | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this 30th day of July, 2009, the Stipulation of the parties is hereby adopted and shall be entered as a Protective Order.

Date: _____          _____ Gary L. Lancaster, J.