IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS E. CAMPBELL, | ) |
|  | ) Civil Action No.: 2:08-cv-01610-GLL |
| Plaintiff, | ) |
|  | ) The Hon. Gary Lancaster |
| v. | ) |
|  | ) |
| POLARIS INDUSTRIES, INC., a Minnesota corporation; POLARIS INDUSTRIES, INC. a Delaware corporation, | ) ) ) ) |
| Defendants. | |

## ORDER OF DISMISSAL

AND NOW, to wit, this 3rd day of Dec, 2009, upon stipulation of the parties, it is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

BY THE COURT:

_/s/ Gary Lancaster_